*In re* COMITÉ PARA LA REVISIÓN DEL MANUAL DE INSTRUCCIONES AL JURADO.

*Número:* EN-2003-03          *Resuelto:* 3 de abril de 2003

## RESOLUCIÓN

En 1976 aprobamos el uso del Libro de Instrucciones al Jurado para el Tribunal Superior de Puerto Rico, el cual no ha sido objeto de cambios, salvo por esfuerzos realizados en 1980 para atemperarlo a las Reglas de Evidencia de 1979.

Décadas de enmiendas al Código Penal, a las Reglas de Procedimiento Criminal y a las Reglas de Evidencia, así como la proliferación de leyes penales especiales, sumadas al desarrollo jurisprudencial de esos preceptos, tornan en indispensable una revisión del Manual de Instrucciones al Jurado, de modo que pueda recobrar su vigencia y preservar su característica presunción de corrección.

Para la consecución de este objetivo, se designa el Comité para la Revisión del Manual de Instrucciones al Jurado, adscrito al Secretariado de la Conferencia Judicial, el cual estará integrado por las siguientes personas:

Hon. Carlos Rivera Martínez, presidente

Lcdo. Harry Anduze Montaño

Prof. Ernesto L. Chiesa Aponte

Hon. Wanda Cruz Ayala

Hon. Fernando Gierbolini Borelli

Hon. Pedro G. Goyco Amador

Lcda. María de Lourdes Guzmán Rivera

Lcdo. Arturo Negrón García

Lcdo. Francisco A. Rebollo Casalduc

Lcdo. Federico Rentas Rodríguez

Prof. Olga E. Resumil

Lcda. Ygrí Rivera de Martínez

Se designa, además, como consultor y asesor legal del Comité, al Lcdo. Julio De La Rosa Rivé, quien ha llevado a cabo los estudios preparatorios para esta revisión.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado Señor Rebollo López no intervino.

<div align="right">

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*